# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| JUSTIN LAVAR MORROW, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:17-cv-77 |
| v. | * | |
| JOHN V. FLOURNOY, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 13, to which Petitioner Justin Morrow ("Morrow") filed Objections, dkt. no. 14. The Magistrate Judge properly analyzed the applicability of 28 U.S.C. § 2255's saving clause to Morrow's Petition.

Thus, the Court **OVERRULES** Morrow's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Morrow's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court **DENIES** Morrow *in forma pauperis* status on appeal.

**SO ORDERED**, this ____4____ day of __December__, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA